1

**ADANTE D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**

2

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

3

1901 Harrison St., Suite 1140,

4

Oakland, CA 94612
Tel: 510-929-5400

5

Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

6

7

Attorneys for Plaintiffs

8

James J. Arendt, Esq.    Bar No. 142937
Ashley N. Reyes, Esq.   Bar No. 312120

9

WEAKLEY & ARENDT
A Professional Corporation

10

5200 N. Palm Avenue, Suite 211
Fresno, California 93704

11

Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

12

James@walaw-fresno.com
Ashley@walaw-fresno.com

13

14

Attorneys for Defendants, County of Kings, Taylor Lopes, Blake Bursiaga,
Tim Steadman, Cory Dobbins, and Nate Hunt

15

**UNITED STATES DISTRICT COURT**

16

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

17

18

BLANCA MENDOZA, an individual; B.M.,
minor by and through his guardian ad litem

19

JESSICA GARCIA,

20

          Plaintiffs,

21

               vs.

22

COUNTY OF KINGS, et al.

23

          Defendants.

24

25

26

27

28

)  CASE NO. 1:21-CV-00721-NONE-BAM
)
)
)  STIPULATION AND ~~[PROPOSED]~~ ORDER
)  TO MOVE STATUS CONFERENCE
)
)
)
)
)
)
)
)

WHEREAS, Plaintiffs filed their Complaint on May 5, 2021 and served a number of Defendants on or about May 14 and 18, 2021. (Doc. 1; 6-10).

WHEREAS Defendants County of Kings, Bursiaga, Dobbins, Hunt, Lopes and Steadman filed an Answer. (Doc. 11).

WHEREAS, the parties filed a Joint Scheduling Report on July 27, 2021 and the Court held a Scheduling Hearing on August 3, 2021. (Doc. 13-15).

WHEREAS, the remaining Defendants Rivera, Tr. Augustus, Kevin Kurtz, Jose Garcia and F. Avalos were still outstanding in service and Plaintiffs were order to identify and serve the remaining defendants. (Doc. 15).

WHEREAS, Plaintiffs have identified and are in the process of serving the remaining Defendants in Corcoran, California.

WHEREAS, it will take approximately 3-4 weeks for the Defendants to make an appearance.

WHEREAS, the Court currently has a Status Conference scheduled for Sept. 2, 2021 at 9:00 AM.

WHEREAS, the parties jointly request and stipulate to requesting the Court to move the Status Conference to October 7, 2021 to give the remaining parties time to appear in the case to save the Court resources.

DATED:  Sept 1, 2021                    POINTER & BUELNA, LLP


By:     /s/     Patrick Buelna
                Adante D. Pointer
                Patrick M. Buelna
                Attorneys for Plaintiffs


DATED:  Sept 1, 2021                    WEAKLEY & ARENDT
                                        A Professional Corporation


By:     /s/  Ashley Reyes (Auth 9-1-21)
                James J. Arendt
                Ashley N. Reyes
                Attorneys for Defendants

<u>ORDER</u>

Pursuant to the parties' stipulation, and cause appearing, the request to continue the Status Conference is GRANTED.  The Status Conference currently set for September 2, 2021, is HEREBY CONTINUED to **October 7, 2021, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  At least one (1) full week prior to the conference, the parties shall file a Joint Status Report setting forth the status of service on the remaining defendants and, if appropriate, proposed dates for scheduling this action.  The parties shall appear at the conference remotely with each party connecting either via Zoom video or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.


IT IS SO ORDERED.

Dated:   **September 1, 2021**          ____/s/ *Barbara A. McAuliffe*_____
                                        UNITED STATES MAGISTRATE JUDGE