**ADANTE D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MENDOZA, an individual; B.M., minor by and through his guardian ad litem JESSICA GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF KINGS, et al. <br><br> Defendants. | CASE NO. 1:21-CV-00721-NONE-BAM <br><br> PLAINTIFF'S NOTICE OF FRCP RULE 41 VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE:

Under Federal Rules of Civil Procedure Rule 41 (1) (A) (i), Plaintiffs dismiss their state claims (Causes of Action 3-7) against Defendant Augustus due to a statute of limitations issue, but maintains their federal claims (Causes of Action 1-2) against him. Defendant Augustus has not answered or file a responsive pleading yet, so Plaintiffs voluntary dismissal is timely.

DATED:  Sept 16, 2021                    POINTER & BUELNA, LLP

By:     /s/     Patrick Buelna
Adante D. Pointer
Patrick M. Buelna
Attorneys for Plaintiffs

STIPULATION AND PROPOSED ORDER
1