Daniel S. Cha SBN 260256
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
DCha@law4cops.com

Attorneys for Defendant TRENT AUGUSTUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MENDOZA, an individual; B.M., a minor by and through his guardian ad litem JESSICA GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KINGS, a municipal corporation; TAYLOR LOPES, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; A. RIVERA, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; T.R. AUGUSTUS, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; KEVIN KURTZ, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; JOSE GARCIA, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; F. AVALOS, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; BLAKE BURSIAGA, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; CO. DOBBINS, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; TIM STEADMAN, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; N. HUNT, in his individual capacity and as a sheriff deputy for the COUNTY OF KINGS; and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.<br>1:21-cv-00721 NONE BAM<br><br>**DEFENDANT TRENT AUGUSTUS' ANSWER TO THE COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

Defendant TRENT AUGUSTUS hereby answers Plaintiffs' Complaint[1] for Damages for himself and for no other defendant, as follows:

1. Answering Paragraphs 1, 2, 3, 4, 5, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 20, 21, 23, 24, 26, 27, 28, 29, 30, 32, 34, 35, 36, 37, 39, 40, 41, 42, 43, 44, Defendant generally and specifically denies that Defendant AUGUSTUS violated Plaintiffs' federal civil rights under 42 U.S.C. § 1983 and the Fourth Amendment. As to the remainder of the allegations set forth therein, Defendant lacks sufficient information or knowledge to form a belief about the truth of the allegations set forth therein, and on that basis deny the allegations.

2. Answering Paragraph 6, Defendant admits that Plaintiffs' action, as alleged in the Complaint, arises under 42 U.S.C. § 1983, and that this Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1343.

3. Answering Paragraphs 11, Defendant denies the allegations set forth therein.

4. Answering Paragraph 19, Defendant admits that the COUNTY OF KINGS is a public entity. Defendant denies that the COUNTY OF KINGS was the employer of Defendant AUGUSTUS. As to the remainder of the allegations set forth therein, Defendant lacks sufficient information or knowledge to form a belief about the truth of the allegations set forth therein, and on that basis denies the allegations.

5. Answering Paragraph 22, Defendant denies that Defendant AUGUSTUS was an employee of COUNTY OF KINGS. As to the remainder of the allegations set forth therein, Defendant lacks sufficient information or

///

---

[1] On September 16, 2021, Plaintiffs dismissed their state law claims (Causes of Action 3-7) against Defendant AUGUSTUS, leaving only their federal claims (Causes of Action 1-2) against him. *See* Docket No. 18. Accordingly Defendant AUGUSTUS' answer applies only to the claims remaining against him.

knowledge to form a belief about the truth of the allegations set forth therein, and on that basis denies the allegations.

6.  Answering Paragraph 25, Defendant denies that Plaintiffs filed a timely government claim as to Defendant AUGUSTUS. As to the remainder of the allegations set forth therein, Defendant lacks sufficient information or knowledge to form a belief about the truth of the allegations set forth therein, and on that basis denies the allegations.

7.  Answering Paragraph 30, Defendant generally and specifically denies that Defendant AUGUSTUS violated Plaintiffs' federal civil rights under 42 U.S.C. § 1983 and the Fourth Amendment, or otherwise caused Plaintiffs any physical, mental, emotional, or financial injury, or damage.

8.  Answering Paragraph 33, Defendant hereby reasserts and incorporates by reference each of his admissions and denials made with respect to each of Paragraphs 1 through 32 of this Complaint.

9.  Answering Paragraph 38, Defendant hereby reasserts and incorporates by reference each of his admissions and denials made with respect to each of Paragraphs 1 through 37 of this Complaint.

**FIRST AFFIRMATIVE DEFENSE**

10.  Plaintiffs' complaint fails to state a claim upon which relief can be granted as to this Defendant.

**SECOND AFFIRMATIVE DEFENSE**

11.  Defendant is entitled to qualified immunity because there was no constitutional violation, and the applicable law was not so clearly established that no reasonable officers in Defendant's position could have believed his conduct was lawful.

**THIRD AFFIRMATIVE DEFENSE**

12.  Plaintiffs failed to take reasonable actions to avoid or mitigate their alleged injuries, damages, or detriments.

WHEREFORE, Defendant AUGUSTUS prays that Plaintiffs take nothing by way of their complaint and that Defendant AUGUSTUS recover his costs and such other and further relief as the Court may deem just and proper.

DATED: September 22, 2021

FERGUSON PRAET & SHERMAN
A Professional Corporation

/s/ Daniel S. Cha
Daniel S. Cha, Attorneys for Defendants

**<u>DEMAND FOR JURY TRIAL</u>**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant TRENT AUGUSTUS hereby demands trial by jury in the above-entitled action pursuant to Federal Rules of Civil Procedure Rule 38(b).

DATED:   September 22, 2021      FERGUSON PRAET & SHERMAN
                                 A Professional Corporation

                                 /s/ Daniel S. Cha
                                 Daniel S. Cha, Attorneys for
                                 Defendants