UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MENDOZA, et al., | No. 1:21-cv-00721-NONE-BAM |
| Plaintiffs, | ORDER CONSTRUING REQUEST TO VOLUNTARILY DISMISS STATE LAW CLAIMS AGAINST DEFENDANT AUGUSTUS AS A REQUEST FOR LEAVE TO AMEND AND GRANTING SAME |
| v. | |
| COUNTY OF KINGS, et al., | |
| Defendants. | (Doc. No. 18) |

On May 3, 2021, plaintiffs filed a complaint against Kings County and numerous Kings County Sheriff deputies, asserting both state and federal causes of action related to events that allegedly took place during a law enforcement search of plaintiffs' home in May 2020. (Doc. No. 1.) On September 15, 2021, plaintiffs filed a "notice of FRCP Rule 41 voluntary dismissal" of the state law claims asserted against defendant Augustus "due to statute of limitations issues." (Doc. No. 18.) Plaintiffs indicate they wish to maintain their federal claims against defendant Augustus. (*Id*.) This is a clear statement of intent to withdraw the state law claims that the court will construe as a request to amend the complaint pursuant to Federal Rule of Civil Procedure 15. *See Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 690 (9th Cir. 2005) (explaining that Federal Rule of Civil Procedure15, Rule 41, controls where a party agrees to dismiss some but not all claims from a case). Given that leave to amend should be freely given,
/////

and that there is no opposition to the motion[1]—leave to amend to remove the state law claims against defendant Augustus will be GRANTED. *See United States v. Hill*, No. 2:17-CV-608-MCE-EFB, 2020 WL 5502327, at *2 (E.D. Cal. Sept. 11, 2020), *report and recommendation adopted*, 2020 WL 6158232 (E.D. Cal. Oct. 21, 2020).  Within fourteen days of the date of this order, plaintiffs shall file an amended complaint removing the state law claims against defendant Augustus.

IT IS SO ORDERED.

Dated: **September 27, 2021**

                         /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

---

[1] In fact, defendant Augustus has already answered the complaint assuming the state law claims against him have been dismissed.  (Doc. No. 19 at 2 n.1.)