# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MENDOZA, an individual; B.M., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KINGS, et al., <br><br> Defendants. | Case No.: 1:21-cv-00721-JLT-BAM <br><br> **ORDER GRANTING APPLICATION FOR APPOINTMENT OF JESSICA GARCIA AS GUARDIAN AD LITEM FOR B.M.** <br><br> (Doc. No. 34) |

On January 12, 2022, Petitioner Jessica Garcia, through counsel, submitted an application for a court order appointing Jessica Garcia as guardian ad litem for minor Plaintiff B.M. (Doc. No. 34.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17 provides that "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2).

Local Rule 202(a) of this Court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall

1

present . . . a motion for the appointment of a guardian ad litem by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*See* L.R. 202(a).  The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

By the application, Plaintiffs seek to have the court appoint Jessica Garcia as the guardian ad litem for minor Plaintiff B.M.  Ms. Garcia is the biological aunt of B.M. She alleges she is competent and willing to act as a guardian for the purpose of this action.  (Doc. No. 34 at 2.)

Finding good cause, IT IS HEREBY ORDERED that Petitioner Jessica Garcia is appointed as guardian ad litem for minor Plaintiff B.M. in this action.

IT IS SO ORDERED.

Dated:   **January 13, 2022**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE