1  **ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
2  **TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
3  LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
4  Oakland, CA 94607
Tel: 510-929-5400
5  Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
6  Email: PBuelna@LawyersFTP.com
7  Email: TClarke@LawyersFTP.com

8  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLANCA MENDOZA, et al.; | Case: 1:21-cv-00721-JLT-BAM |
| Plaintiffs | **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER** |
| v. | |
| COUNTY OF KINGS, et al.; | |
| DEFENDANTS | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on July 21, 2022, this Court issued a scheduling order. (ECF No. 58)

WHEREAS, the Parties have been diligently working to schedule all depositions of the parties and relevant witnesses before the current non-expert discovery deadline of April 28, 2023. Indeed, the Parties had scheduled all of the depositions save for the Rule 30(b)(6)

persons most knowledgeable depositions regarding relevant County of Kings' policies and trainings.

WHEREAS, Plaintiffs' lead counsel, Patrick Buelna, is currently out of the office for the birth of his child. This birth occurred nearly two weeks after the child's expected birth date. Mr. Buelna and his wife are still in the hospital with their son. This unexpected delay of the joyous event has significantly impacted Plaintiffs' Counsel's calendar for the month of April.

WHEREAS, while Plaintiffs intend to keep many of the deposition dates on calendar, Plaintiffs will need to re-schedule several depositions in this matter. The Parties have met and conferred and have agreed to propose a 45-day extension to the non-expert discovery cutoff and a one-month extension to the expert discovery deadlines in this matter. The Parties believe that none of the other deadlines in this matter need to be modified.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's initial scheduling order (ECF No. 59) be amended accordingly:

| | | |
|---|---|---|
| Non-Expert Discovery Cutoff: | ~~4/28/2023~~ | 6/12/2023 |
| Expert Disclosures: | ~~6/30/2023~~ | 7/30/2023 |
| Supplemental Expert Disclosures: | ~~7/28/2023~~ | 8/28/2023 |
| Expert Discovery Cutoff: | ~~10/15/2023~~ | 11/15/2023 |

IT IS SO AGREED.

DATED:  04/05/2023                    POINTER & BUELNA, LLP
                                      LAWYERS FOR THE PEOPLE

                          By:    */s/   Ty Clarke*
                                 Ty Clarke
                                 Attorneys for Plaintiffs

DATED:  04/05/2023                    WEAKLEY & ARENDT
                                      A Professional Corporation

                                By:   */s/    James J. Arendt*(Authorization 4/4/23)
                                      James J. Arendt
                                      Matthew P. Bunting
                                      Attorneys for Defendants County of Kings, Taylor Lopes, Blake Bursiaga, Tim Steadman, Cory Dobbins, and Nate Hunt

DATED:  04/05/2023                    LITIGATION ENGINEERED

                                By:   */s/    Chester E. Walls*(Authorization 4/4/23)
                                      Chester E. Walls
                                      Attorney for Defendant Trent Augustus and Jose Garcia

DATED:  04/05/2023                    GRISWOLD, LaSALLE, COBB
                                      DOWD & GIN, L.L.P.

                                By:   */s/    Megan N. Dodd* (Authorization 4/4/23)
                                      Mario U. Zamora
                                      Megan N. Dodd
                                      Attorneys for Defendant Fabien Avalos

## ORDER

Having considered the parties' stipulation, and good cause appearing, the Scheduling Order (Doc. 58) is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | 6/12/2023 |
| Expert Disclosures: | 7/30/2023 |
| Supplemental Expert Disclosures: | 8/28/2023 |
| Expert Discovery Cutoff: | 11/15/2023 |

All other deadlines in the Court's Scheduling Order remain unchanged.

IT IS SO ORDERED.

   Dated:  **April 6, 2023**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE