POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MENDOZA, et al.;<br><br>  Plaintiffs<br><br>v.<br><br>COUNTY OF KINGS, et al.;<br><br>  DEFENDANTS | Case: 1:21-cv-00721-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on April 6, 2023, this Court issued an amended scheduling order. (ECF No. 62).

WHEREAS, the Parties had scheduled the depositions of all the defendant law officers to conclude prior to the current non-expert discovery cutoff of June 12, 2023. However, Plaintiffs were served with a body-worn camera recording of the incident on April 13, 2023.

Plaintiffs were previously under the impression that no such video recordings of the incident existed. Upon the disclosure of this recording, the Parties agreed to vacate the depositions of the defendant officers while they determined whether additional video recordings of the incident exist.

WHEREAS, the Defendants' Counsel took the deposition of Plaintiff B.M. on April 17, 2023. Defendants' Counsel also began taking the deposition of Plaintiff Blanca Mendoza on the same date. However, Mrs. Mendoza suffered a serious medical episode during the deposition that required Plaintiff's Counsel to call 911. She was hospitalized for multiple days. Plaintiffs have reason to believe that this episode was caused by the stress of reliving the traumatic episode giving rise to this litigation and have retained a medical expert to determine whether she can safely be deposed again.

WHEREAS, Defendant County's Counsel is in the midst of dealing with multiple family medical emergencies and has limited availability.

WHEREAS, due to these unforeseen issues, the Parties have conferred and agreed that non-expert discovery cannot be completed by June 12, 2023. Therefore, the Parties propose a 45 day extension to all discovery deadlines and a 60 day extension to the dispositive motion deadline. The Parties believe that these deadlines can be modified while still keeping the original dates for the pre-trial conference and trial.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's amended scheduling order (ECF No. 62) be amended accordingly:

//

//

//

| | | |
|---|---|---|
| Non-Expert Discovery Cutoff: | ~~6/12/2023~~ | 7/27/2023 |
| Expert Disclosures: | ~~7/30/2023~~ | 9/15/2023 |
| Supplemental Expert Disclosures: | ~~8/28/2023~~ | 10/13/2023 |
| Expert Discovery Cutoff: | ~~11/15/2023~~ | 12/30/2023 |
| Dispositive Motion Deadline: | ~~11/17/2023~~ | 1/15/2024 |

IT IS SO AGREED.

DATED:  June 7, 2023                                POINTER & BUELNA, LLP
                                                                          LAWYERS FOR THE PEOPLE

                                              By:    */s/    Patrick Buelna*
                                                          PATRICK BUELNA
                                                          Attorneys for Plaintiffs

DATED:  June 6, 2023                                WEAKLEY & ARENDT
                                                                          A Professional Corporation

                                              By:    */s/    Matthew Bunting* (Auth: 6/6/2023)
                                                          James J. Arendt
                                                          Matthew P. Bunting
                                                          Attorneys for Defendants County of Kings, Taylor Lopes, Blake Bursiaga, Tim Steadman, Cory Dobbins, and Nate Hunt

DATED:  June 6, 2023                                GRISWOLD, LaSALLE, COBB
                                                                          DOWD & GIN, L.L.P.

                                              By:    */s/    Megan N. Dodd* (Auth: 6/6/2023)
                                                          Mario U. Zamora
                                                          Megan N. Dodd
                                                          Attorneys for Defendant Fabien Avalos

/
/
/
/
/
/
/
/

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**
**MENDOZA V. COUNTY OF KINGS, ET AL.**
- 3 -

# ORDER

Based on the foregoing and good cause appearing, the parties' request to modify the current Scheduling Order is GRANTED.  Fed. R. Civ. P. 16(b)(4). The Amended Scheduling Order issued on April 6, 2023 (Doc. 62.) is MODIFIED as follows:

| | | |
|---|---|---|
| 1. | Non-Expert Discovery Cutoff | July 27, 2023 |
| 2. | Expert Witness Disclosure | September 15, 2023 |
| 3. | Supplemental Expert Witness Disclosure | October 13, 2023 |
| 4. | Expert Witness Discovery Cutoff | December 30, 2023 |
| 5. | Dispositive Motion Deadline | January 15, 2024 |
| 6. | Pretrial Conference | June 17. 2024 1:30 PM (JLT) |
| 7. | Jury Trial (10-14 days) | August 20, 2024 8:30 AM (JLT). |

IT IS SO ORDERED.

Dated:   **June 8, 2023**                              /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE