UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MENDOZA, et al., | Case No. 1:21-cv-00721-JLT-BAM |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** |
| v. | (Doc. 69) |
| COUNTY OF KINGS, et al., | |
| Defendants. | |

On July 27, 2023, the parties filed a stipulation to extend the non-expert discovery deadline two- weeks in order to complete the remaining depositions in this action. The parties explain that they have already taken the depositions of most of the implicated parties, but still need to take the depositions of Plaintiff Blanca Mendoza's Guardian ad Litem—Jesus Mendoza—as well as Defendant Lopes and the third-party witness Trent Augustus. Plaintiffs have already confirmed that Trent Augustus is available to be deposed on August 2, 2023, and is awaiting confirmation that Jesus Mendoza may be deposed in the afternoon of August 10, 2023. The parties will take Defendant Lopes' deposition on August 3, 2023, at 10 a.m. (Doc. 69.)

Having considered the parties' stipulation, and for cause appearing, the request to modify the amended scheduling order to allow for a two-week extension of the non-expert discovery deadline is GRANTED. Fed. R. Civ. P. 16(b)(4). The Court's amended scheduling order, issued

1

on June 8, 2023, is modified as follows, for the remaining depositions, only:

    Non-Expert Discovery Cutoff:        August 10, 2023

    All other deadlines in the Court's amended scheduling order remain unchanged.

IT IS SO ORDERED.

Dated: **July 28, 2023**        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE