**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 317403**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MENDOZA, et al. | Case No.: 1:21-cv-00721-JLT-BAM |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS' ENTIRE ACTION AGAINST DEFENDANTS** |
| COUNTY OF KINGS, et al. | |
| Defendants | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Blanca Mendoza and Brian Mendoza and Defendants County of Kings, Dakotah Fausnett, Fabian Avalos, and Alfred Rivera have settled all claims in this matter and hereby stipulate that this action will be dismissed with prejudice as to all Defendants. Each party to bear its own fees and costs.

**THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK.**

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

| | | |
|---|---|---|
| DATED: September 12, 2024 | | POINTER & BUELNA, LLP<br>LAWYERS FOR THE PEOPLE |
| | By: | */s/ Ty Clarke*<br>Ty Clarke<br>Attorneys for Plaintiffs |
| DATED: September 12, 2024 | | GRISWOLD, LaSALLE, COBB<br>DOWD & GIN, L.L.P. |
| | By: | */s/ Megan N. Dodd*<br>Mario U. Zamora<br>Megan N. Dodd<br>Attorneys for Defendants Fabien Avalos and Alfred Rivera |
| DATED: September 13, 2024 | | WEAKLEY & ARENDT<br>A Professional Corporation |
| | By: | */s/ Matthew P. Bunting*<br>James J. Arendt<br>Matthew P. Bunting<br>Attorneys for Defendants County of Kings and Dakotah Fausnett |

**IT IS SO ORDERED.**

**DATE:** _____

**HON. JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE**